**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____     Chapter   **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **COLLABORATION SOFTWARE PARTNERS LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-2696238** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **3820 Three Chimneys Lane**<br>**Cumming, GA 30041**<br>Number, Street, City, State & ZIP Code | **620 Sea Island Road**<br>**Saint Simons Island, GA 31522**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Forsyth**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)      **www.csphcm.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

10/03/25 3:37PM

Debtor  **COLLABORATION SOFTWARE PARTNERS LLC**                    Case number (*if known*) _____
  Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
  ___**5132**___

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **COLLABORATION SOFTWARE PARTNERS LLC**                     Case number (*if known*)
Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

**■ Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

10/03/25  3:37PM

Debtor  **COLLABORATION SOFTWARE PARTNERS LLC**                    Case number (*if known*)
      Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million        ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 4

Debtor    **COLLABORATION SOFTWARE PARTNERS LLC**          Case number (*if known*) _____
         Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October  3, 2025**
              MM / DD / YYYY

***X*** **/s/ Michael Latini**                                  **Michael Latini**
     Signature of authorized representative of debtor              Printed name

Title    **Chairman and CEO**

**18. Signature of attorney**

***X*** **/s/ Leah Fiorenza McNeill**                    Date **October  3, 2025**
     Signature of attorney for debtor                              MM / DD / YYYY

**Leah Fiorenza McNeill**
Printed name

**Alston & Bird LLP**
Firm name

**1201 West Peachtree Street**
**Suite 4900**
**Atlanta, GA 30309**
Number, Street, City, State & ZIP Code

Contact phone    **404-881-7000**        Email address    **Leah.McNeill@alston.com**

**940554 GA**
Bar number and State

## RESOLUTION OF THE SOLE MEMBER
## OF COLLABORATION SOFTWARE PARTNERS LLC

The following action was taken by the Member of Collaboration Software Partners LLC (the "**Company**") by this written consent to said action signed by said Member of the Company, said action to have full force and effect as if adopted at a duly called and held special meeting.

WHEREAS, the undersigned believes that it is in the best interest of the Company for the Company to file a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia (the "**Chapter 11 Case**").

NOW THEREFORE, IT IS HEREBY RESOLVED,

That the Company shall file a petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia;

That Mike Latini (the "**Authorized Officer**"), on behalf of the Company, is hereby authorized to take such action and to execute such instruments and documents as, in his sole and explicit discretion, may be necessary or desirable in connection with filing, administering, and completing the Chapter 11 Case;

That, in connection with the Chapter 11 Case, the Authorized Officer hereby is authorized, empowered, and directed, with full power of delegation, in the name and on behalf of the Company to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers, and other professionals which such Authorized Officer deems necessary, appropriate, advisable, or desirable in connection with the Chapter 11 Case and the transactions contemplated thereby (such acts to be conclusive evidence that such Authorized Officer deemed the same to meet such standard);

That the firm Alston & Bird LLP ("**Alston & Bird**"), be and hereby is, authorized, directed, and empowered to represent the Company as bankruptcy counsel to represent and assist the Company in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Chapter 11 Case; and in connection therewith, the Authorized Officer be, with power of delegation, hereby authorized, directed, and empowered, on behalf of and in the name of the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Cases, and to cause to be filed an appropriate application for authority to retain the services of Alston & Bird; and

That the firm Silver Birch Group ("**Silver Birch**"), be and hereby is, authorized, directed, and empowered to serve as investment banker to assist the Company with a restructuring or sale of the Company's assets and in carrying out the Company's duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, the Authorized Officer be, with power of delegation, hereby authorized, directed, and empowered, on behalf of and in the name the Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon

LEGAL02/46800598v2

Company, to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Cases, and to cause to be filed an appropriate application for authority to retain the services of Silver Birch.

This 3rd day of October 2025

By: _____
Michael Latini, Sole Member

10/03/25 3:37PM

**Fill in this information to identify the case:**

Debtor name **COLLABORATION SOFTWARE PARTNERS LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __October  3, 2025__       X **/s/ Michael Latini**
                                          Signature of individual signing on behalf of debtor

                                          **Michael Latini**
                                          Printed name

                                          **Chairman and CEO**
                                          Position or relationship to debtor

Fill in this information to identify the case:

Debtor name   **COLLABORATION SOFTWARE PARTNERS LLC**

United States Bankruptcy Court for the:   **NORTHERN DISTRICT OF GEORGIA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **EN OD Capital LLC 1202 Avenue U Suite 115 Brooklyn, NY 11229** | | | **Contingent Disputed** | **$1,081,222.00** | **$0.00** | **$1,081,222.00** |
| **Slate Advance 15 America Ave. Suite 303 Lakewood, NJ 08701** | | | **Contingent Disputed** | **$1,020,177.00** | **$0.00** | **$1,020,177.00** |
| **Parkside Funding Group LLC 865 NJ-33 Business 3 Unit 192 Freehold, NJ 07728** | | | **Contingent Disputed** | **$863,738.00** | **$0.00** | **$863,738.00** |
| **Liberty Funding Source LLC 180 Maiden Lane Floor 10 New York, NY 10038** | | | **Contingent Disputed** | **$757,799.00** | **$0.00** | **$757,799.00** |
| **Samson Servicing, LLC 17 State Street Suite 630 New York, NY 10004** | | | **Contingent Disputed** | **$685,375.00** | **$0.00** | **$685,375.00** |
| **Fox Funding Group LLC 803 S 21st Ave Hollywood, FL 33020** | | | **Contingent Disputed** | **$561,787.00** | **$0.00** | **$561,787.00** |
| **Cedar Advance LLC 5401 Collins Avenue CU-9A Miami Beach, FL 33140** | | | **Contingent Disputed** | **$533,788.00** | **$0.00** | **$533,788.00** |

Debtor   **COLLABORATION SOFTWARE PARTNERS LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Core Funding Source LLC 49 Front Street Suite 6 Rockville Centre, NY 11570** | | | **Contingent Disputed** | **$473,285.00** | **$0.00** | **$473,285.00** |
| **Libertas Funding, LLC 411 West Putnam Ave. Suite 220 Greenwich, CT 06380** | | | **Contingent Disputed** | **$461,139.00** | **$0.00** | **$461,139.00** |
| **C T Corporation System (Rowan) 330 N. Brand Blvd Suite 700 Glendale, CA 91203** | | | **Contingent Disputed** | **$337,478.00** | **$0.00** | **$337,478.00** |
| **CSC, as Representative (ILA) P.O. Box 2576 Attn: ILA - I Lend Advance Springfield, IL 62708** | | | **Contingent Disputed** | **$337,275.00** | **$0.00** | **$337,275.00** |
| **Seamless Funding LLC 1608 Ocean Parkway Suite 2a Brooklyn, NY 11230** | | | **Contingent Disputed** | **$336,228.00** | **$0.00** | **$336,228.00** |
| **CSC, as Representative (IOU) P.O. Box 2576 Attn: IOU Central Inc. Springfield, IL 62708** | | **Loan** | **Disputed** | **$296,620.00** | **$0.00** | **$296,620.00** |
| **Funding Futures LLC 100 Merrick Road 419 E Rockville Centre, NY 11570** | | | **Contingent Disputed** | **$295,834.00** | **$0.00** | **$295,834.00** |
| **Prosperity Funding Group LLC 7901 4th Street N Suite 300 Saint Petersburg, FL 33702** | | | **Contingent Disputed** | **$266,251.00** | **$0.00** | **$266,251.00** |
| **OnDeck P.O. Box 4356 Houston, TX 77210** | | | **Disputed** | | | **$161,234.00** |

10/03/25  3:37PM

Debtor   **COLLABORATION SOFTWARE PARTNERS LLC**
　　　　　Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **HCM Technology 620 Sea Island Road PMB 394 Saint Simons Island, GA 31522** | | **Loan** | | **$125,000.00** | **$0.00** | **$125,000.00** |
| **Mace Wolf 14220 N. Honey Bee Trail Tucson, AZ 85755** | | **Lien** | | **$109,000.00** | **$0.00** | **$109,000.00** |
| **UKG P.O. Box 744724 Atlanta, GA 30374** | | | | | | **$86,340.51** |
| **Kronos SaaShr, Inc. 3040 Route 22 West Suite 200 Branchburg, NJ 08876** | | | | | | **$86,340.51** |

# United States Bankruptcy Court
## Northern District of Georgia

In re   **COLLABORATION SOFTWARE PARTNERS LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael Latini**<br>**113 Biltmore**<br>**Saint Simons Island, GA 31522** | | **100%** | **Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chairman and CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October  3, 2025**

Signature **/s/ Michael Latini**

**Michael Latini**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Georgia

In re   **COLLABORATION SOFTWARE PARTNERS LLC**                             Case No. _____

Debtor(s)                             Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true

and correct to the best of my knowledge.

Date:   **October  3, 2025** _____            **/s/ Michael Latini** _____

**Michael Latini**/**Chairman and CEO**
Signer/Title

3cdc
1203 Walnut Street
4th Floor
Cincinnati, OH 45202


ADP
One ADP Boulevard
MS 325
Roseland, NJ 07068


Anthem Health Insurance
740 West Peachtree Street
Atlanta, GA 30308


Apex Funding
2875 NE 191st
Suite 304
Aventura, FL 33180


Auctus Approach
8015 West Alameda Ave
#115
Lakewood, CO 80226


Berkovitch & Bouskila, PLLC
1545 U.S. 202
Suite 101
Pomona, NY 10970


Bill Kreienberg
75 Ambassador Drive
Rochester, NY 14610


Blalock Walters, P.A.
2 North Tamiami Trail, #400
Attn: Robert Stroud
Sarasota, FL 34236

C T Corporation System (Rowan)
330 N. Brand Blvd
Suite 700
Glendale, CA 91203


Camille Kearns
2311 Highview Rd. SW
Atlanta, GA 30311


Cedar Advance LLC
5401 Collins Avenue
CU-9A
Miami Beach, FL 33140


Charles S. Mott Foundation
503 South Saginaw St
Suite 1200
Flint, MI 48502


CHTD Company
P.O. Box 2576
Springfield, IL 62708


Core Funding Source LLC
49 Front Street
Suite 6
Rockville Centre, NY 11570


CSC, as Representative (ILA)
P.O. Box 2576
Attn: ILA - I Lend Advance
Springfield, IL 62708


CSC, as Representative (IOU)
P.O. Box 2576
Attn: IOU Central Inc.
Springfield, IL 62708

David Fogel p.c.
1225 Franklin Ave.
Suite 201
Garden City, NY 11530

David Kearns
2311 Highview Rd. SW
Atlanta, GA 30311

David Roman
1908 Windway Road
Auburn, AL 36830

Delta Dental
P.O. Box 1809
Alpharetta, GA 30023

Diversified
2015 West Mountain View Rd
Phoenix, AZ 85021

DRSC Services
2015 West Mountain View Rd
Phoenix, AZ 85021

DV Management
2015 West Mountain View Rd
Phoenix, AZ 85021

EN OD Capital LLC
1202 Avenue U
Suite 115
Brooklyn, NY 11229

Ershowsky Verstandig PLLC
290 Central Ave
Suite 109
Lawrence, NY 11559

Everything Benefits
P.O. Box 749015
Atlanta, GA 30374


Exagen
1261 Liberty Way
Vista, CA 92081


Fox Funding Group LLC
803 S 21st Ave
Hollywood, FL 33020


Funding Futures LLC
100 Merrick Road
419 E
Rockville Centre, NY 11570


Georgia Department of Revenue
Compliance Division-ARCS-BK
1800 Century Blvd., Suite 9100
Atlanta, GA 30345


Gillienne Costales
912 English Sparrow Trail
Highlands Ranch, CO 80129


Glynn County Tax Commissioner
1725 Reynolds Street
Suite 100
Brunswick, GA 31520


Graycor Construction Company
2 Mid America Plaza
#400
Oakbrook Terrace, IL 60181

```
Graycor Industrial
2 Mid America Plaza
#400
Oakbrook Terrace, IL 60181



Graycor Services
2 Mid America Plaza
#400
Oakbrook Terrace, IL 60181



Graycor Southern
2 Mid America Plaza
#400
Oakbrook Terrace, IL 60181



Guardian Dental
P.O. Box 981590
El Paso, TX 79998



HCM Technology
620 Sea Island Road
PMB 394
Saint Simons Island, GA 31522



Internal Revenue Service
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346



JRG Funding LLC
180 Maiden Lane
New York, NY 10038



Kapitus Servicing Inc.
2500 Wilson Blvd.
Suite 350
Arlington, VA 22201
```

Kronos SaaShr, Inc.
3040 Route 22 West
Suite 200
Branchburg, NJ 08876


Libertas Funding, LLC
411 West Putnam Ave.
Suite 220
Greenwich, CT 06380


Liberty Funding Source LLC
180 Maiden Lane
Floor 10
New York, NY 10038


Lieberman and Klestzick, LLP
633 NE 167th Street
Suite 1218
Miami, FL 33162


Mace Wolf
14220 N. Honey Bee Trail
Tucson, AZ 85755


Mark Blood
10 LaCosta Place
Palm Coast, FL 32137


Mary Otto
1151 Adler Ln
Carol Stream, IL 60188


MasterTax
111 W. Rio Salado Parkway
Scottsdale, AZ 85257


National Payments Corp.
3415 W. Cypress Street
Tampa, FL 33607

NGroup
1184 Springmaid Ave
Suite 104
Fort Mill, SC 29708


OnDeck
P.O. Box 4356
Houston, TX 77210


Parkside Funding Group LLC
865 NJ-33 Business 3
Unit 192
Freehold, NJ 07728


Paul Kreienberg
70 Mosher
Glenmont, NY 12077


Prosperity Funding Group LLC
7901 4th Street N
Suite 300
Saint Petersburg, FL 33702


Quadient
478 Wheelers Farms Road
Milford, CT 06461


Rake Digital
1390 Southside Dr.
Salem, VA 24153


Ryan Otto
1151 Adler Ln
Carol Stream, IL 60188


Samson Servicing, LLC
17 State Street
Suite 630
New York, NY 10004

```
Seamless Funding LLC
1608 Ocean Parkway
Suite 2a
Brooklyn, NY 11230




Searles Valley Minerals
9401 Indian Creek Parkway
Suite 1000
Overland Park, KS 66210




Service Works Roofing
2015 West Mountain View Rd
Phoenix, AZ 85021




Shawn Baker
65 Overlook Rd
Rochester, NY 14618




Slate Advance
15 America Ave.
Suite 303
Lakewood, NJ 08701




Startex
180 Exchange Blvd
Glendale Heights, IL 60139




Steven Zakharyayev
10 W 37th Street
Floor 10
New York, NY 10018




Triton Recovery Group
3111 North University Drive
Suite 702
Coral Springs, FL 33065
```

```
Trona Railway Company LLC
9401 Indian Creek Parkway
Suite 1000
Overland Park, KS 66210



UKG
P.O. Box 744724
Atlanta, GA 30374



United Medical Center
1310 Southern Ave SE
Washington, DC 20032



Vanguard
P.O. Box 982902
El Paso, TX 79998



Velocity Capital Group
333 Pearsall Ave.
Suite 105
Cedarhurst, NY 11516



View Point Health
175 Gwinnett Drive
Lawrenceville, GA 30046



Zoom Info
330 W Columbia Way
Floor 8
Vancouver, WA 98660
```

# United States Bankruptcy Court
## Northern District of Georgia

In re   **COLLABORATION SOFTWARE PARTNERS LLC**
$\overline{\hspace{6cm}}$
                                            Debtor(s)

Case No.   $\overline{\hspace{4cm}}$

Chapter   **11**   $\overline{\hspace{4cm}}$

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **COLLABORATION SOFTWARE PARTNERS LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October  3, 2025**
$\overline{\hspace{5cm}}$
Date

**/s/ Leah Fiorenza McNeill**
$\overline{\hspace{6cm}}$
**Leah Fiorenza McNeill**

Signature of Attorney or Litigant
Counsel for   **COLLABORATION SOFTWARE PARTNERS LLC**
$\overline{\hspace{3cm}}$
**Alston & Bird LLP**

**1201 West Peachtree Street**
**Suite 4900**
**Atlanta, GA 30309**
**404-881-7000**
**Leah.McNeill@alston.com**