**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Subchapter V |
| COLLABORATION SOFTWARE | ) |
| PARTNERS, LLC,[1] | ) Case No. 25-21412 (JRS) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |

**FIRST AMENDMENT TO LIST OF CREDITORS**

The above-captioned debtor and debtor in possession hereby submits this *First Amendment to List of Creditors*.

**Please note that the following information is already included in Pacer.**

The amendments, which consist of additional notice addresses for existing creditors, or new notice parties—*but not new creditors*—are as follows:

Georgia Department of Revenue
Compliance Division
2595 Century Pkwy NE, STE 331
Atlanta, GA 30345-3173

Internal Revenue Service
2888 Woodcock Blvd.
Atlanta, GA 30341

Kapitus Servicing, Inc.
Attn: Carolina Baez
120 West 45th Street, 4th Fl.
New York, NY 10036-4041

---

[1] The last four digits of Collaboration Software Partners, LLC's federal tax identification number are (6238).

1

Office of the U.S. Attorney
75 Ted Turner Drive SW
Suite 600
Atlanta, GA 30303-3309

Rake Digital
P.O. Box 44
Elk Creek, VA 24326-0044

Samson MCA LLC (*)
1545 Route 202 Suite 101
Pomona, NY 10970-2951
(*) This is an additional contact for Samson Servicing, LLC that was previously scheduled.

U.S. Department of Justice
Tax Division
950 Pennsylvania Avenue NW
Washington, DC 20530-0009

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0009

Respectfully submitted this 14th day of October, 2025.

**ALSTON & BIRD LLP**

_/s/ R. Braden Copeland_
Leah Fiorenza McNeill
Georgia Bar No. 940554
R. Braden Copeland
Georgia Bar No. 821153
One Atlantic Center
1201 West Peachtree Street NW
Atlanta, GA 30309
Phone:  404-881-7000
Email: leah.mcneill@alston.com
Email: braden.copeland@alston.com

_Proposed Counsel for Debtor and
Debtor-in-Possession_

2