**Fill in this information to identify the case:**

Debtor name   **COLLABORATION SOFTWARE PARTNERS LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October 28, 2025**       *X* **/s/ Michael Latini**
Signature of individual signing on behalf of debtor

**Michael Latini**
Printed name

**Chairman and CEO**
Position or relationship to debtor

10/28/25 5:55PM

**Fill in this information to identify the case:**

Debtor name    **COLLABORATION SOFTWARE PARTNERS LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

**Part 1:**    **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*................................................................................................    $                    **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................    $         **1,634,112.02**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................................    $         **1,634,112.02**

**Part 2:**    **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $         **9,010,671.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $                    **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$         **297,477.58**

4.   **Total liabilities** ................................................................................................................................................
   Lines 2 + 3a + 3b                                                                                    $         **9,308,148.58**

10/28/25 5:55PM

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **COLLABORATION SOFTWARE PARTNERS LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank OZK**<br>**505 Peachtree Parkway**<br>**Cumming, Georgia 30041**<br>**(Client Tax Funds Only)** | **Checking** | **9116** | **$0.00** |
| 3.2. | **Bank OZK**<br>**505 Peachtree Parkway**<br>**Cumming, Georgia 30041**<br>**(Debtor Payroll; Certain Client Tax Funds)** | **Checking** | **9108** | **$2,059.25** |
| 3.3. | **Bank OZK**<br>**505 Peachtree Parkway**<br>**Cumming, Georgia 30041**<br>**(Debtor Operating Account)** | **Checking** | **9090** | **$0.00** |
| 3.4. | **Bank OZK**<br>**505 Peachtree Parkway**<br>**Cumming, Georgia 30041**<br>**(Debtor Payroll; Certain Client Tax Funds)** | **Checking** | **0087** | **$3,741.50** |

Debtor   **COLLABORATION SOFTWARE PARTNERS LLC**          Case number *(If known)* _____
         Name

| | | | | |
|---|---|---|---|---|
| 3.5. | **Bank OZK**<br>**505 Peachtree Parkway**<br>**Cumming, Georgia 30041**<br>**(Client Tax Funds Only)** | **Checking** | **0084** | **$0.00** |
| 3.6. | **Bank OZK**<br>**505 Peachtree Parkway**<br>**Cumming, Georgia 30041**<br>**(Debtor Operating Account)** | **Checking** | **0090** | **$2,404.80** |
| 3.7. | **Bank OZK**<br>**505 Peachtree Parkway**<br>**Cumming, Georgia 30041**<br>**(Client Tax Funds Only)** | **Checking** | **4962** | **$34,860.57** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                                                          **$43,066.12**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | **Deposits and Prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☐ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:          **50,679.73**    -              **0.00** = ....          **$50,679.73**
                          face amount              doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                                          **$50,679.73**

     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

10/28/25  5:55PM

| Debtor | **COLLABORATION SOFTWARE PARTNERS LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **PC HP ProBook 440 G11** | **$0.00** | **Liquidation** | **$699.99** |
| | **PC HP ProBook 440 G11** | **$0.00** | **Liquidation** | **$699.99** |
| | **PC HP ProBook 440 G11** | **$0.00** | **Liquidation** | **$699.99** |
| | **PC HP ProBook 440 G11** | **$0.00** | **Liquidation** | **$699.99** |
| | **PC HP ProBook 440 G11** | **$0.00** | **Liquidation** | **$699.99** |
| | **Monitor HP Series 5-527sh** | **$0.00** | **Liquidation** | **$165.00** |
| | **Monitor HP Series 5-527sh** | **$0.00** | **Liquidation** | **$165.00** |
| | **Monitor HP P24 G4** | **$0.00** | **Liquidation** | **$25.00** |
| | **Monitor HP P24 G4** | **$0.00** | **Liquidation** | **$25.00** |
| | **PC HP Pavilion 14** | **$0.00** | **Liquidation** | **$100.00** |
| | **PC HP ProBook 440 G11** | **$0.00** | **Liquidation** | **$699.99** |
| | **Printer HP LaserJet Pro MFP M148fdw** | **$0.00** | **Liquidation** | **$25.00** |
| | **Printer HP LaserJet Enterprise M611** | **$0.00** | **Liquidation** | **$1,495.00** |
| | **Pressure Sealer Formax** | **$0.00** | **Liquidation** | **$575.00** |
| | **Paper Shredder Staples ST62155** | **$0.00** | **Liquidation** | **$25.00** |

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property                    page 3

Debtor   **COLLABORATION SOFTWARE PARTNERS LLC**          Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| **PC Microsoft Surface Pro 9** | $0.00 | Liquidation | $822.00 |
| **Monitor Acer B247Y** | $0.00 | Liquidation | $25.00 |
| **Monitor Acer B247Y** | $0.00 | Liquidation | $71.00 |
| **Headset Jabra Evolve2** | $0.00 | Liquidation | $23.00 |
| **Travel Monitor Asus MB16QHG** | $0.00 | Liquidation | $375.00 |
| **PC Lenovo Yoga** | $0.00 | Liquidation | $971.00 |
| **Monitor HP M22F** | $0.00 | Liquidation | $70.00 |
| **Monitor HP M22F** | $0.00 | Liquidation | $70.00 |
| **Headset Bose Quiet Comfort** | $0.00 | Liquidation | $377.23 |
| **PC HP ProBook 445 G8** | $0.00 | Liquidation | $209.00 |
| **PC HP ProBook 445 G8** | $0.00 | Liquidation | $309.00 |
| **Monitor HP V27i FHD** | $0.00 | Liquidation | $36.00 |
| **Monitor HP V24i FHD** | $0.00 | Liquidation | $54.00 |
| **Monitor HP V24i FHD** | $0.00 | Liquidation | $54.00 |
| **Leased iX-1 Base with 10lb. Scale. (Quadient)** | $0.00 | | $0.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                    $10,266.17
Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

| Debtor | **COLLABORATION SOFTWARE PARTNERS LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

### Part 9:      Real property

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:      Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** **www.csphcm.com** | **Unknown** | **Replacement** | **$100.00** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** **Business and Going Concern Goodwill.** | **$0.00** | | **$1,530,000.00** |

| 66. | **Total of Part 10.** | | **$1,530,100.00** |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

### Part 11:      All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **COLLABORATION SOFTWARE PARTNERS LLC**          Case number *(If known)* _____
          Name

Part 12:      **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $43,066.12 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $50,679.73 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $10,266.17 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9........................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,530,100.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,634,112.02 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,634,112.02 |

10/28/25 5:55PM

**Fill in this information to identify the case:**

Debtor name    **COLLABORATION SOFTWARE PARTNERS LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1  C T Corporation System (Rowan)**
Creditor's Name

**330 N. Brand Blvd**
**Suite 700**
**Glendale, CA 91203**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

Amount of claim: **$337,478.00**   Value of collateral: **$0.00**

**2.2  Cedar Advance LLC**
Creditor's Name

**5401 Collins Avenue**
**CU-9A**
**Miami Beach, FL 33140**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$533,788.00**   Value of collateral: **$0.00**

10/28/25  5:55PM

Debtor   **COLLABORATION SOFTWARE PARTNERS LLC**                    Case number (if known)
              Name

■ No                             ■ Contingent
☐ Yes. Specify each creditor,      ☐ Unliquidated
including this creditor and its relative   ■ Disputed
priority.

---

| 2.3 | **Core Funding Source LLC** | Describe debtor's property that is subject to a lien | $473,285.00 | $0.00 |

Creditor's Name

**49 Front Street
Suite 6
Rockville Centre, NY 11570**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known          ☐ Yes

                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                   ☐ No

                                            ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an              **As of the petition filing date, the claim is:**
interest in the same property?**             Check all that apply

■ No                                         ■ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ■ Disputed
priority.

---

| 2.4 | **CSC, as Representative (ILA)** | Describe debtor's property that is subject to a lien | $337,275.00 | $0.00 |

Creditor's Name

**P.O. Box 2576
Attn: ILA - I Lend Advance
Springfield, IL 62708**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known          ☐ Yes

                                            **Is anyone else liable on this claim?**
**Date debt was incurred**                   ☐ No

                                            ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an              **As of the petition filing date, the claim is:**
interest in the same property?**             Check all that apply

■ No                                         ■ Contingent
☐ Yes. Specify each creditor,                ☐ Unliquidated
including this creditor and its relative     ■ Disputed
priority.

---

| 2.5 | **CSC, as Representative (IOU)** | Describe debtor's property that is subject to a lien **Loan** | $296,620.00 | $0.00 |

Creditor's Name

**P.O. Box 2576
Attn: IOU Central Inc.
Springfield, IL 62708**
Creditor's mailing address

Describe the lien
**Alleged Security Interest**

---

10/28/25  5:55PM

Debtor  **COLLABORATION SOFTWARE PARTNERS LLC**                    Case number (if known) _____
             Name

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.6 | **EN OD Capital LLC** | Describe debtor's property that is subject to a lien | $1,081,222.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1202 Avenue U
Suite 115
Brooklyn, NY 11229**
Creditor's mailing address

Describe the lien

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

---

| 2.7 | **Fox Funding Group LLC** | Describe debtor's property that is subject to a lien | $561,787.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**803 S 21st Ave
Hollywood, FL 33020**
Creditor's mailing address

Describe the lien

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 3 of 10

10/28/25 5:55PM

Debtor   **COLLABORATION SOFTWARE PARTNERS LLC**                Case number (if known) _____
_____
Name

| 2.8 | **Funding Futures LLC** | Describe debtor's property that is subject to a lien | **$295,834.00** | **$0.00** |

Creditor's Name

**100 Merrick Road**
**419 E**
**Rockville Centre, NY 11570**
Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**

■ No
_____
Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**            ☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**     **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply

■ No                                  ■ Contingent

☐ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative
priority.                            ■ Disputed

---

| 2.9 | **HCM Technology** | Describe debtor's property that is subject to a lien | **$125,000.00** | **Unknown** |

Creditor's Name

**620 Sea Island Road**
**PMB 394**
**Saint Simons Island, GA**
**31522**
Creditor's mailing address

Describe the lien
**Perfected Security Interest**

**Is the creditor an insider or related party?**

■ No
_____
Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**            ■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**     **As of the petition filing date, the claim is:**
**interest in the same property?**    Check all that apply

■ No                                  ☐ Contingent

☐ Yes. Specify each creditor,        ☐ Unliquidated
including this creditor and its relative
priority.                            ☐ Disputed

---

| 2.10 | **JRG Funding LLC** | Describe debtor's property that is subject to a lien | **$29,000.00** | **$0.00** |

Creditor's Name

**180 Maiden Lane**
**New York, NY 10038**
Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**

■ No
_____
Creditor's email address, if known    ☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**            ☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 4 of 10

Debtor  **COLLABORATION SOFTWARE PARTNERS LLC**                    Case number (if known) _____
       Name

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

**2.1 1**

**Kapitus Servicing Inc.**
Creditor's Name

**2500 Wilson Blvd.**
**Suite 350**
**Arlington, VA 22201**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**    $439,675.00    **Unknown**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

**2.1 2**

**Libertas Funding, LLC**
Creditor's Name

**411 West Putnam St.**
**Suite 220**
**Greenwich, CT 06830**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**    $461,139.00    $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

**2.1 3**

**Liberty Funding Source LLC**

**Describe debtor's property that is subject to a lien**    $757,799.00    $0.00

---

Debtor   **COLLABORATION SOFTWARE PARTNERS LLC**              Case number (if known) _____
         Name

Creditor's Name
**180 Maiden Lane**
**Floor 10**
**New York, NY 10038**
Creditor's mailing address                    **Describe the lien**
_____

_____
                                              **Is the creditor an insider or related party?**

_____                        ■ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**
**Date debt was incurred**                    ☐ No

                                              ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                          ■ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative      ■ Disputed
priority.

---

| 2.14 | | | | |
|---|---|---|---|---|

**Mace Wolf**                                 **Describe debtor's property that is subject to a lien**    $109,000.00    Unknown
Creditor's Name

**14220 N. Honey Bee Trail**
**Tucson, AZ 85755**
Creditor's mailing address                    **Describe the lien**
                                              **Perfected Security Interest**
_____       **Is the creditor an insider or related party?**

_____                        ■ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**
**Date debt was incurred**                    ☐ No

                                              ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check all that apply
■ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative      ☐ Disputed
priority.

---

| 2.15 | | | | |
|---|---|---|---|---|

**Parkside Funding Group**
**LLC**                                       **Describe debtor's property that is subject to a lien**    $863,738.00    $0.00
Creditor's Name

**865 NJ-33 Business 3**
**Unit 192**
**Freehold, NJ 07728**
Creditor's mailing address                    **Describe the lien**

_____

_____
                                              **Is the creditor an insider or related party?**

_____                        ■ No
Creditor's email address, if known            ☐ Yes
                                              **Is anyone else liable on this claim?**
**Date debt was incurred**                    ☐ No

                                              ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

Debtor   **COLLABORATION SOFTWARE PARTNERS LLC**                    Case number (if known) _____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

**2.16**   **Prosperity Funding Group LLC**            Describe debtor's property that is subject to a lien            **$266,251.00**          **$0.00**

Creditor's Name

**7901 4th Street N**
**Suite 300**
**Saint Petersburg, FL 33702**

Creditor's mailing address                          **Describe the lien**

_____

**Is the creditor an insider or related party?**

_____              ■ No
Creditor's email address, if known                 ☐ Yes

                                                   **Is anyone else liable on this claim?**
**Date debt was incurred**
                                                   ☐ No

**Last 4 digits of account number**                ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

**2.17**   **Samson Servicing, LLC**            Describe debtor's property that is subject to a lien            **$685,375.00**          **$0.00**

Creditor's Name

**17 State Street**
**Suite 630**
**New York, NY 10004**

Creditor's mailing address                          **Describe the lien**

_____

**Is the creditor an insider or related party?**

_____              ■ No
Creditor's email address, if known                 ☐ Yes

                                                   **Is anyone else liable on this claim?**
**Date debt was incurred**
                                                   ☐ No

**Last 4 digits of account number**                ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

**2.18**   **Seamless Funding LLC**            Describe debtor's property that is subject to a lien            **$336,228.00**          **$0.00**

Creditor's Name

**1608 Ocean Parkway**
**Suite 2a**
**Brooklyn, NY 11230**

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 7 of 10

10/28/25 5:55PM

Debtor    **COLLABORATION SOFTWARE PARTNERS LLC**                    Case number (if known) _____

Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |
| | _____ |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

**2.19**

**Slate Advance**
Creditor's Name

**15 America Ave.
Suite 303
Lakewood, NJ 08701**
Creditor's mailing address

| | | | |
|---|---|---|---|
| | **Describe debtor's property that is subject to a lien** | $1,020,177.00 | $0.00 |

| | |
|---|---|
| | _____ |
| | **Describe the lien** |
| | _____ |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $9,010,671.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Berkovitch & Bouskila, PLLC**<br>**1545 U.S. 202**<br>**Suite 101**<br>**Pomona, NY 10970** | Line **2.17** | |
| **Blalock Walters, P.A.**<br>**2 North Tamiami Trail, #400**<br>**Attn: Robert Stroud**<br>**Sarasota, FL 34236** | Line **2.14** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 10

10/28/25 5:55PM

Debtor   **COLLABORATION SOFTWARE PARTNERS LLC**                    Case number (if known) _____
       Name

**Carlton Fields**
**4221 W. Boy Scout Blvd.**                                   Line __2.11__
**Suite 1000, Attn: R. Yant**
**Tampa, FL 33607**

---

**David Fogel p.c.**
**1225 Franklin Ave.**                                        Line __2.1__
**Suite 201**
**Garden City, NY 11530**

---

**Ershowsky Verstandig PLLC**
**290 Central Ave**                                           Line __2.10__
**Suite 109**
**Lawrence, NY 11559**

---

**Kapitus Servicing, Inc.**
**Attn: Carolina Baez**                                       Line __2.11__
**120 West 45th Street, 4th Fl.**
**New York, NY 10036**

---

**Lieberman and Klestzick, LLP**
**633 NE 167th Street**                                       Line __2.16__
**Suite 1218**
**Miami, FL 33162**

---

**Lieberman and Klestzick, LLP**
**633 NE 167th Street**                                       Line __2.6__
**Suite 1218**
**Miami, FL 33162**

---

**Lieberman and Klestzick, LLP**
**633 NE 167th Street**                                       Line __2.19__
**Suite 1218**
**Miami, FL 33162**

---

**Lieberman and Klestzick, LLP**
**633 NE 167th Street**                                       Line __2.8__
**Suite 1218**
**Miami, FL 33162**

---

**Lieberman and Klestzick, LLP**
**633 NE 167th Street**                                       Line __2.7__
**Suite 1218**
**Miami, FL 33162**

---

**Lieberman and Klestzick, LLP**
**633 NE 167th Street**                                       Line __2.15__
**Suite 1218**
**Miami, FL 33162**

---

**Lieberman and Klestzick, LLP**
**633 NE 167th Street**                                       Line __2.2__
**Suite 1218**
**Miami, FL 33162**

---

**Steven Zakharyayev**
**10 W 37th Street**                                          Line __2.12__
**Floor 10**
**New York, NY 10018**

---

10/28/25  5:55PM

Debtor    **COLLABORATION SOFTWARE PARTNERS LLC**                    Case number (if known)  _____
          Name

**Triton Recovery Group**                                          Line __2.5__
**19790 West Dixie Hwy**
**Suite 301**
**Miami, FL 33180**

**Velocity Capital Group**                                         Line __2.4__
**333 Pearsall Ave.**
**Suite 105**
**Cedarhurst, NY 11516**

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 10 of 10

10/28/25  5:55PM

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **COLLABORATION SOFTWARE PARTNERS LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

**Georgia Department of Revenue
Compliance Division-ARCS-BK
1800 Century Blvd., Suite 9100
Atlanta, GA 30345**

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: **Unknown**   Priority amount: **$0.00**

**2.2** Priority creditor's name and mailing address

**Internal Revenue Service
Centralized Insolvency
P.O. Box 7346
Philadelphia, PA 19101-7346**

_____
Date or dates debt was incurred

_____
Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

Total claim: **Unknown**   Priority amount: **$0.00**

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

10/28/25  5:55PM

Debtor    **COLLABORATION SOFTWARE PARTNERS LLC**                    Case number (if known) _____
          Name

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ADP**
**One ADP Boulevard**
**MS 325**
**Roseland, NJ 07068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Anthem Health Insurance**
**740 West Peachtree Street**
**Atlanta, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Apex Funding**
**2875 NE 191st**
**Suite 304**
**Aventura, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bill Kreienberg**
**75 Ambassador Drive**
**Rochester, NY 14610**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Camille Kearns**
**2311 Highview Rd. SW**
**Atlanta, GA 30311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**CHTD Company**
**P.O. Box 2576**
**Springfield, IL 62708**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Kearns**
**2311 Highview Rd. SW**
**Atlanta, GA 30311**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 2 of 6

10/28/25 5:55PM

Debtor    **COLLABORATION SOFTWARE PARTNERS LLC**                     Case number (if known) _____
              Name

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**David Roman**
**1908 Windway Road**
**Auburn, AL 36830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Delta Dental**
**P.O. Box 1809**
**Alpharetta, GA 30023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Everything Benefits**
**P.O. Box 749015**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Gillienne Costales**
**912 English Sparrow Trail**
**Highlands Ranch, CO 80129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Guardian Insurance**
**10 Hudson Yards**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**HubSpot Inc.**
**25 First Street**
**Cambridge, MA 02141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $136,243.58 |
|---|---|---|---|

**Kronos SaaShr, Inc.**
**3040 Route 22 West**
**Suite 200**
**Branchburg, NJ 08876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **COLLABORATION SOFTWARE PARTNERS LLC**                    Case number (if known) _____

Name

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Mary Otto**
**1151 Adler Ln**
**Carol Stream, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**MasterTax**
**111 W. Rio Salado Parkway**
**Tempe, AZ 85281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**National Payments Corp.**
**3415 W. Cypress Street**
**Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$161,234.00**

**OnDeck**
**P.O. Box 4356**
**Houston, TX 77210**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Paul Kreienberg**
**70 Mosher**
**Glenmont, NY 12077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Quadient**
**478 Wheelers Farms Road**
**Milford, CT 06461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Rake Digital**
**P.O. Box 44**
**Elk Creek, VA 24326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 4 of 6

10/28/25 5:55PM

| Debtor | **COLLABORATION SOFTWARE PARTNERS LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ryan Otto**
**1151 Adler Ln**
**Carol Stream, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Second Curve Advisory**
**Attn: Mark Blood**
**10 LaCosta Place**
**Palm Coast, FL 32137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Shawn Baker**
**65 Overlook Rd**
**Rochester, NY 14610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**The Hartford**
**Business Service Center**
**3600 Wiseman Blvd.**
**San Antonio, TX 78251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**TransAmerica Life Insurance**
**P.O. Box 189**
**Cedar Rapids, IA 52406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Vanguard**
**P.O. Box 982902**
**El Paso, TX 79998**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Zoom Info**
**330 W Columbia Way**
**Floor 8**
**Vancouver, WA 98660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

10/28/25 5:55PM

Debtor   **COLLABORATION SOFTWARE PARTNERS LLC**   Case number (if known) _____
_____Name_____

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Zoom Video Communications Inc.**
**55 Almaden Blvd.**
**6th Floor**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **SaaShr, c/o Kronos Inc.**<br>**Attn: General Counsel**<br>**297 Billerica Road**<br>**Chelmsford, MA 01824** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **UKG**<br>**P.O. Box 744724**<br>**Atlanta, GA 30374** | Line **3.14**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 297,477.58 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 297,477.58 |

10/28/25 5:55PM

**Fill in this information to identify the case:**

Debtor name    **COLLABORATION SOFTWARE PARTNERS LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*       *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Services provided by Debtor.** <br><br> State the term remaining <br><br> List the contract number of any government contract | **3cdc** <br> **1203 Walnut Street** <br> **4th Floor** <br> **Cincinnati, OH 45202** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Services provided by Debtor.** <br><br> State the term remaining <br><br> List the contract number of any government contract | **ABC Payment Services** <br> **2015 West Mountain View Rd** <br> **Phoenix, AZ 85021** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Health and Vision insurance.** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Anthem Health Insurance** <br> **740 West Peachtree Street** <br> **Atlanta, GA 30308** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Services provided by Debtor.** <br><br> State the term remaining <br><br> List the contract number of any government contract | **Auctus Approach** <br> **8015 West Alameda Ave** <br> **#115** <br> **Lakewood, CO 80226** |

| Debtor 1 | COLLABORATION SOFTWARE PARTNERS LLC | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Services provided by Debtor.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Buckley Associates**<br>**385 King Street**<br>**Hanover, MA 02339** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Services provided by Debtor.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Charles S. Mott Foundation**<br>**503 South Saginaw St**<br>**Suite 1200**<br>**Flint, MI 48502** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Dental insurance.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Delta Dental**<br>**P.O. Box 1809**<br>**Alpharetta, GA 30023** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Services provided by Debtor.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Diversified**<br>**2015 West Mountain View Rd**<br>**Phoenix, AZ 85021** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Services provided by Debtor.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **DRSC Services**<br>**2015 West Mountain View Rd**<br>**Phoenix, AZ 85021** |

10/28/25 5:55PM

Debtor 1   COLLABORATION SOFTWARE PARTNERS LLC
_____
First Name        Middle Name        Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

**Services provided by Debtor.**

State the term remaining

List the contract number of any government contract

**DV Management**
**2015 West Mountain View Rd**
**Phoenix, AZ 85021**

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest

**Software and data services provided to Debtor.**

State the term remaining

List the contract number of any government contract

**Everything Benefits**
**P.O. Box 749015**
**Atlanta, GA 30374**

---

**2.12.** State what the contract or lease is for and the nature of the debtor's interest

**Services provided by Debtor.**

State the term remaining

List the contract number of any government contract

**Exagen**
**1261 Liberty Way**
**Vista, CA 92081**

---

**2.13.** State what the contract or lease is for and the nature of the debtor's interest

**Services provided by Debtor.**

State the term remaining

List the contract number of any government contract

**Graycor Construction Company**
**2 Mid America Plaza**
**#400**
**Oakbrook Terrace, IL 60181**

---

**2.14.** State what the contract or lease is for and the nature of the debtor's interest

**Services provided by Debtor.**

State the term remaining

List the contract number of any government contract

**Graycor Industrial**
**2 Mid America Plaza**
**#400**
**Oakbrook Terrace, IL 60181**

---

Debtor 1   COLLABORATION SOFTWARE PARTNERS LLC
_____   _____   _____
First Name          Middle Name        Last Name

Case number (*if known*) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest — **Services provided by Debtor.**

State the term remaining

List the contract number of any government contract

**Graycor Services
2 Mid America Plaza
#400
Oakbrook Terrace, IL 60181**

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — **Services provided by Debtor.**

State the term remaining

List the contract number of any government contract

**Graycor Southern
2 Mid America Plaza
#400
Oakbrook Terrace, IL 60181**

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — **Insurance benefits.**

State the term remaining

List the contract number of any government contract

**Guardian Insurance
10 Hudson Yards
New York, NY 10001**

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — **Marketing services.**

State the term remaining

List the contract number of any government contract

**HubSpot Inc.
25 First Street
Cambridge, MA 02141**

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — **Software and data services provided to Debtor.**

State the term remaining

List the contract number of any government contract

**Kronos SaaShr, Inc.
3040 Route 22 West
Suite 200
Branchburg, NJ 08876**

Debtor 1   **COLLABORATION SOFTWARE PARTNERS LLC**                                        Case number (*if known*)
      First Name        Middle Name       Last Name

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest — **Services provided by Debtor.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **NGroup**<br>**1184 Springmaid Ave**<br>**Suite 104**<br>**Fort Mill, SC 29708** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest — **Equipment lease.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Quadient**<br>**478 Wheelers Farms Road**<br>**Milford, CT 06461** |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest — **Services provided by Debtor.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Searles Valley Minerals**<br>**9401 Indian Creek Parkway**<br>**Suite 1000**<br>**Overland Park, KS 66210** |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest — **Services provided by Debtor.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Service Works Roofing**<br>**2015 West Mountain View Rd**<br>**Phoenix, AZ 85021** |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest — **Services provided by Debtor.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Startex**<br>**180 Exchange Blvd**<br>**Glendale Heights, IL 60139** |

Debtor 1   **COLLABORATION SOFTWARE PARTNERS LLC**                    Case number *(if known)*
   First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest — **Services provided by Debtor.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Steele Memorial Medical Center**<br>**203 South Daisy Street**<br>**Salmon, ID 83467** |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Worker's Compensation insurance.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **The Hartford**<br>**Business Service Center**<br>**3600 Wiseman Blvd.**<br>**San Antonio, TX 78251** |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Life insurance.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **TransAmerica Life Insurance**<br>**P.O. Box 189**<br>**Cedar Rapids, IA 52406** |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest — **Services provided by Debtor.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Trona Railway Company LLC**<br>**9401 Indian Creek Parkway**<br>**Suite 1000**<br>**Overland Park, KS 66210** |
| **2.29.** State what the contract or lease is for and the nature of the debtor's interest — **Services provided by Debtor.**<br><br>State the term remaining<br><br>List the contract number of any government contract | **United Medical Center**<br>**1310 Southern Ave SE**<br>**Washington, DC 20032** |

10/28/25 5:55PM

Debtor 1  **COLLABORATION SOFTWARE PARTNERS LLC**                    Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.30.** State what the contract or lease is for and the nature of the debtor's interest — **401(k) plan administration.**

State the term remaining

List the contract number of any government contract

**Vanguard
P.O. Box 982902
El Paso, TX 79998**

---

**2.31.** State what the contract or lease is for and the nature of the debtor's interest — **Services provided by Debtor.**

State the term remaining

List the contract number of any government contract

**View Point Health
175 Gwinnett Drive
Lawrenceville, GA 30046**

---

**2.32.** State what the contract or lease is for and the nature of the debtor's interest — **Video conferencing services.**

State the term remaining

List the contract number of any government contract

**Zoom Video Communications Inc.
55 Almaden Blvd.
6th Floor
San Jose, CA 95113**

---

10/28/25 5:55PM

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **COLLABORATION SOFTWARE PARTNERS LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Jamie Latini** | **131 Biltmore Saint Simons Island, GA 31522**<br><br>**Ms. Latini is potentially a co-debtor under the terms of a performance rather than payment guarantee; even so, Ms. Latini has been listed in this schedule out of an abundance of caution.** | **Mace Wolf** | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **Mike Latini** | **131 Biltmore Saint Simons Island, GA 31522**<br><br>**NOTE: Unless otherwise noted, this and the following list of entries include instances where Mr. Latini is potentially a co-debtor under the terms of a performance rather than payment guarantee; even so, Mr. Latini has been listed in this schedule out of an abundance of caution.** | **Apex Funding** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |
| 2.3 **Mike Latini** | **131 Biltmore Saint Simons Island, GA 31522** | **Bill Kreienberg** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |

Debtor   **COLLABORATION SOFTWARE PARTNERS LLC**            Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.4  **Mike Latini** | 131 Biltmore<br>Saint Simons Island, GA 31522 | C T Corporation System (Rowan) | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5  **Mike Latini** | 131 Biltmore<br>Saint Simons Island, GA 31522 | Cedar Advance LLC | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.6  **Mike Latini** | 131 Biltmore<br>Saint Simons Island, GA 31522 | Core Funding Source LLC | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.7  **Mike Latini** | 131 Biltmore<br>Saint Simons Island, GA 31522 | CSC, as Representative (ILA) | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.8  **Mike Latini** | 131 Biltmore<br>Saint Simons Island, GA 31522<br><br>**Potential payment guarantee.** | CSC, as Representative (IOU) | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.9  **Mike Latini** | 131 Biltmore<br>Saint Simons Island, GA 31522 | David Roman | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.10  **Mike Latini** | 131 Biltmore<br>Saint Simons Island, GA 31522 | EN OD Capital LLC | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.11  **Mike Latini** | 131 Biltmore<br>Saint Simons Island, GA 31522 | Fox Funding Group LLC | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |

Debtor    **COLLABORATION SOFTWARE PARTNERS LLC**              Case number *(if known)*  _____

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.12  **Mike Latini** | **131 Biltmore**<br>**Saint Simons Island, GA 31522** | **Funding Futures LLC** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.13  **Mike Latini** | **131 Biltmore**<br>**Saint Simons Island, GA 31522** | **JRG Funding LLC** | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.14  **Mike Latini** | **131 Biltmore**<br>**Saint Simons Island, GA 31522** | **Kapitus Servicing Inc.** | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.15  **Mike Latini** | **131 Biltmore**<br>**Saint Simons Island, GA 31522** | **Libertas Funding, LLC** | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.16  **Mike Latini** | **131 Biltmore**<br>**Saint Simons Island, GA 31522** | **Liberty Funding Source LLC** | ■ D __2.13__<br>☐ E/F _____<br>☐ G _____ |
| 2.17  **Mike Latini** | **131 Biltmore**<br>**Saint Simons Island, GA 31522** | **Mace Wolf** | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |
| 2.18  **Mike Latini** | **131 Biltmore**<br>**Saint Simons Island, GA 31522**<br><br>**Potential payment guarantee.** | **OnDeck** | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |
| 2.19  **Mike Latini** | **131 Biltmore**<br>**Saint Simons Island, GA 31522** | **Parkside Funding Group LLC** | ■ D __2.15__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **COLLABORATION SOFTWARE PARTNERS LLC**                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.20 **Mike Latini** | 131 Biltmore<br>Saint Simons Island, GA 31522 | Paul Kreienberg | ☐ D _____<br>■ E/F **3.19**<br>☐ G _____ |
| 2.21 **Mike Latini** | 131 Biltmore<br>Saint Simons Island, GA 31522 | Prosperity Funding Group LLC | ■ D **2.16**<br>☐ E/F _____<br>☐ G _____ |
| 2.22 **Mike Latini** | 131 Biltmore<br>Saint Simons Island, GA 31522 | Samson Servicing, LLC | ■ D **2.17**<br>☐ E/F _____<br>☐ G _____ |
| 2.23 **Mike Latini** | 131 Biltmore<br>Saint Simons Island, GA 31522 | Seamless Funding LLC | ■ D **2.18**<br>☐ E/F _____<br>☐ G _____ |
| 2.24 **Mike Latini** | 131 Biltmore<br>Saint Simons Island, GA 31522 | Shawn Baker | ☐ D _____<br>■ E/F **3.24**<br>☐ G _____ |
| 2.25 **Mike Latini** | 131 Biltmore<br>Saint Simons Island, GA 31522 | Slate Advance | ■ D **2.19**<br>☐ E/F _____<br>☐ G _____ |

10/28/25  5:55PM

**Fill in this information to identify the case:**

Debtor name    **COLLABORATION SOFTWARE PARTNERS LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       **04/25**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:      Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$1,400,000.00** |
| **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other _____ | **$1,349,483.00** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | **$2,569,224.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

10/28/25 5:55PM

| Debtor | **COLLABORATION SOFTWARE PARTNERS LLC** | Case number *(if known)* | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **\*\* SEE ATTACHMENT 2.3 \*\*** | | **$4,580,859.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **\*\* SEE ATTACHMENT 2.4 \*\*** | | **$3,472,727.78** | **NOTE: This schedule includes instances where Mr. Latini is potentially a guarantor under the terms of a performance rather than payment guarantee; even so, this schedule has been included out of an abundance of caution.** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Samson MCA LLC v. Collaboration Software Partners, et al.**<br>**Index No. 815768/2025** | **Collection** | **Supreme Court of the State of New York**<br>**County of Erie**<br>**92 Franklin Street**<br>**Buffalo, NY 14202** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **2**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **COLLABORATION SOFTWARE PARTNERS LLC** _____   Case number _(if known)_ _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **Libertas Funding, LLC v. Collaboration Software Partners, et al.**<br>**Index No. 533945/2025** | **Collection** | **Supreme Court of the State of New York**<br>**County of Kings**<br>**360 Adams Street, Rm 189**<br>**Brooklyn, NY 11201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **View Point Health**<br>**175 Gwinnett Drive**<br>**Lawrenceville, GA 30046** | **Cash** | **February 2025** | **$7,500.00** |
| | Recipients relationship to debtor<br>**Client** | | | |

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B _(Schedule A/B: Assets – Real and Personal Property)_. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

10/28/25 5:55PM

Debtor   **COLLABORATION SOFTWARE PARTNERS LLC**                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Alston & Bird LLP**<br>**1201 West Peachtree Street**<br>**Suite 4900**<br>**Atlanta, GA 30309** | | **September 22 and October 1, 2025.** | **$125,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **3820 Three Chimneys Lane**<br>**Cumming, GA 30041** | **September 2018 through current** |
| 14.2. | **131 Biltmore**<br>**Saint Simons Island, GA 31522** | **July 2021 through current** |
| 14.3. | **620 Sea Island Road**<br>**PMB 394**<br>**Saint Simons Island, GA 31522** | **January 2025 through current** |

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■   No. Go to Part 9.
☐   Yes. Fill in the information below.

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **4**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

10/28/25 5:55PM

Debtor   **COLLABORATION SOFTWARE PARTNERS LLC**                     Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ■ Yes. Does the debtor serve as plan administrator?

    - ■ No Go to Part 10.
    - ☐ Yes. Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Official Form 207                     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                     page **5**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

10/28/25 5:55PM

| Debtor | **COLLABORATION SOFTWARE PARTNERS LLC** | Case number *(if known)* | |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Clients<br>(Client Tax Funds)** | **Bank OZK Acct #9116** | **Cash in transit** | **$1,832.82** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Clients<br>(Certain Client Tax Funds)** | **Bank OZK Acct #9108** | **Cash in transit** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Clients<br>(Client Tax Funds)** | **Bank OZK Acct #0084** | **Cash in transit** | **$356,481.04** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various Clients<br>(Certain Client Tax Funds)** | **Bank OZK Acct #0087** | **Cash in transit** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Searles Valley Minerals<br>9401 Indian Creek Parkway<br>Suite 1000<br>Overland Park, KS 66210** | **Bank OZK Acct #4962** | **Cash in transit** | **$34,860.57** |

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■   No.
☐   Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

■   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

10/28/25 5:55PM

| Debtor | **COLLABORATION SOFTWARE PARTNERS LLC** | Case number *(if known)* | |

Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Graham Adams LLLP**<br>**300 Main Street**<br>**Suite 301**<br>**Saint Simons Island, GA 31522** | **January 2025**<br>**through current** |
| 26a.2.  **Second Curve Advisory LLC**<br>**Attn: Mark Blood**<br>**10 LaCosta Place**<br>**Palm Coast, FL 32137** | **February 2025**<br>**through September 2025** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Graham Adams LLLP**<br>**300 Main Street**<br>**Suite 301**<br>**Saint Simons Island, GA 31522** | **January 2025**<br>**through current** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.  **Second Curve Advisory LLC**<br>**Attn: Mark Blood**<br>**10 LaCosta Place**<br>**Palm Coast, FL 32137** | **February 2025**<br>**through September 2025** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.  **Graham Adams LLLP**<br>**300 Main Street**<br>**Suite 301**<br>**Saint Simons Island, GA 31522** | |
| 26c.2.  **Mike Latini**<br>**131 Biltmore**<br>**Saint Simons Island, GA 31522** | |
| 26c.3.  **Second Curve Advisory LLC**<br>**Attn: Mark Blood**<br>**10 LaCosta Place**<br>**Palm Coast, FL 32137** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **7**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **COLLABORATION SOFTWARE PARTNERS LLC**                    Case number *(if known)* _____

statement within 2 years before filing this case.

■ None

| Name and address |
| --- |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Mike Latini** | **131 Biltmore Saint Simons Island, GA 31522** | **Sole Member** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | **Mike Latini 131 Biltmore Saint Simons Island, GA 31522** | **\*\* SEE ATTACHMENT 13.30 \*\*** | | |
| | **Relationship to debtor Sole Member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **COLLABORATION SOFTWARE PARTNERS LLC**                    Case number *(if known)*

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on       **October 28, 2025**

**/s/ Michael Latini**                                          **Michael Latini**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor       **Chairman and CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

B2030 (Form 2030) (12/15)

10/28/25  5:55PM

# United States Bankruptcy Court
## Northern District of Georgia

In re **COLLABORATION SOFTWARE PARTNERS LLC**

Debtor(s)

Case No.

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **115,000.00** |
| Prior to the filing of this statement I have received | $ **105,000.00** |
| Balance Due | $ **10,000.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☐ Debtor    ■ Other (specify): **To be paid by Debtor pursuant to Alston's Engagement Letter and its Application for Retention and Employment. (See Docket No. 51).**

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **The full amount received prepetition by Alston was 125,000. Of that, $10,000 was allocated to Debtor's proposed investment banking firm, Silver Birch. Postpetition, Alston transferred $10,000 to Silver Birch. Alston currrently holds the remainder, $10,000, in trust to be applied to future fees.**

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**October 28, 2025**

*Date*

**/s/ Leah Fiorenza McNeill**

**Leah Fiorenza McNeill**

*Signature of Attorney*

**Alston & Bird LLP**
**1201 West Peachtree Street**
**Suite 4900**
**Atlanta, GA 30309**
**404-881-7000**
**Leah.McNeill@alston.com**

*Name of law firm*

---

| Attachment 2.3 | | | |
|---|---|---|---|
| Date | Creditor's Name | Amount | Purpose |
| 9/16/2025 | M. Latini - 131 Biltmore, Saint Simons Island, GA 31522 | $ 5,121.75 | Credit card reimbursement. |
| 8/8/2025 | M. Latini - 131 Biltmore, Saint Simons Island, GA 31522 | $ 8,125.34 | Credit card reimbursement. |
| 8/8/2025 | M. Latini - 131 Biltmore, Saint Simons Island, GA 31522 | $ 100,961.53 | Reimbursement for Prepayment of Client Tax Expense. |
| 8/18/2025 | M. Latini - 131 Biltmore, Saint Simons Island, GA 31522 | $ 84.90 | Credit card reimbursement. |
| 8/4/2025 | Anthem Health Insurance, 740 W. Peachtree St., Atlanta, GA 30308 | $ 143.57 | Insurance premium. |
| 8/4/2025 | Anthem Health Insurance, 740 W. Peachtree St., Atlanta, GA 30308 | $ 19,500.38 | Insurance premium. |
| 9/3/2025 | Anthem Health Insurance, 740 W. Peachtree St., Atlanta, GA 30308 | $ 156.31 | Insurance premium. |
| 10/2/2025 | Anthem Health Insurance, 740 W. Peachtree St., Atlanta, GA 30308 | $ 49,404.14 | Insurance premium. |
| 7/15/2025 | David Roman, 1908 Windway Road, Auburn, AL 36830 | $ 13,000.00 | Loan payment. |
| 8/22/2025 | David Roman, 1908 Windway Road, Auburn, AL 36830 | $ 26,000.00 | Loan payment. |
| 7/31/2025 | William Kreinenberg, 75 Ambassador Dr., Rochester, NY 14610 | $ 25,708.39 | Loan payment. |
| 8/14/2025 | William Kreinenberg, 75 Ambassador Dr., Rochester, NY 14610 | $ 25,708.39 | Loan payment. |
| 10/2/2025 | Suprema Creative, 1416 Larimer St., #301, Denver, CO 80202 | $ 3,500.00 | Marketing expense. |
| 8/4/2025 | Suprema Creative, 1416 Larimer St., #301, Denver, CO 80202 | $ 3,500.00 | Marketing expense. |
| 9/2/2025 | Suprema Creative, 1416 Larimer St., #301, Denver, CO 80202 | $ 3,500.00 | Marketing expense. |
| 7/8/2025 | Apex Funding Silver LLC, 2875 N 191st St., Aventura, FL 33180 | $ 29,980.00 | MCA |
| 7/15/2025 | Apex Funding Silver LLC, 2875 N 191st St., Aventura, FL 33180 | $ 29,980.00 | MCA |
| 7/22/2025 | Apex Funding Silver LLC, 2875 N 191st St., Aventura, FL 33180 | $ 29,980.00 | MCA |
| 7/29/2025 | Apex Funding Silver LLC, 2875 N 191st St., Aventura, FL 33180 | $ 29,980.00 | MCA |
| 8/5/2025 | Apex Funding Silver LLC, 2875 N 191st St., Aventura, FL 33180 | $ 29,980.00 | MCA |
| 8/12/2025 | Apex Funding Silver LLC, 2875 N 191st St., Aventura, FL 33180 | $ 29,980.00 | MCA |
| 8/19/2025 | Apex Funding Silver LLC, 2875 N 191st St., Aventura, FL 33180 | $ 29,980.00 | MCA |
| 8/11/2025 | Cedar Advance LLC, 5401 Collins Ave., CU-9A, Miami Beach, FL 33140 | $ 53,378.57 | MCA |
| 8/18/2025 | Cedar Advance LLC, 5401 Collins Ave., CU-9A, Miami Beach, FL 33140 | $ 53,378.57 | MCA |
| 8/25/2025 | Cedar Advance LLC, 5401 Collins Ave., CU-9A, Miami Beach, FL 33140 | $ 53,378.57 | MCA |
| 8/29/2025 | Cedar Advance LLC, 5401 Collins Ave., CU-9A, Miami Beach, FL 33140 | $ 53,378.57 | MCA |
| 9/2/2025 | Core Funding Source LLC, 49 Front St., Suite 6, Rockville Centre, NY 11570 | $ 51,065.00 | MCA |
| 7/8/2025 | Core Funding Source LLC, 49 Front St., Suite 6, Rockville Centre, NY 11570 | $ 51,065.00 | MCA |
| 7/15/2025 | Core Funding Source LLC, 49 Front St., Suite 6, Rockville Centre, NY 11570 | $ 51,065.00 | MCA |
| 7/22/2025 | Core Funding Source LLC, 49 Front St., Suite 6, Rockville Centre, NY 11570 | $ 51,065.00 | MCA |
| 7/29/2025 | Core Funding Source LLC, 49 Front St., Suite 6, Rockville Centre, NY 11570 | $ 51,065.00 | MCA |
| 8/5/2025 | Core Funding Source LLC, 49 Front St., Suite 6, Rockville Centre, NY 11570 | $ 51,065.00 | MCA |
| 8/12/2025 | Core Funding Source LLC, 49 Front St., Suite 6, Rockville Centre, NY 11570 | $ 51,065.00 | MCA |
| 8/19/2025 | Core Funding Source LLC, 49 Front St., Suite 6, Rockville Centre, NY 11570 | $ 51,065.00 | MCA |
| 8/26/2025 | Core Funding Source LLC, 49 Front St., Suite 6, Rockville Centre, NY 11570 | $ 51,065.00 | MCA |
| 8/8/2025 | Core Funding Source LLC, 49 Front St., Suite 6, Rockville Centre, NY 11570 | $ 299.00 | MCA |
| 8/8/2025 | EN OD Capital LLC, 1202 Avenue U, Suite 115, Brooklyn, NY 11229 | $ 29,379.00 | MCA |
| 8/15/2025 | EN OD Capital LLC, 1202 Avenue U, Suite 115, Brooklyn, NY 11229 | $ 55,000.00 | MCA |
| 8/22/2025 | EN OD Capital LLC, 1202 Avenue U, Suite 115, Brooklyn, NY 11229 | $ 79,875.00 | MCA |
| 8/29/2025 | EN OD Capital LLC, 1202 Avenue U, Suite 115, Brooklyn, NY 11229 | $ 79,875.00 | MCA |
| 8/11/2025 | Fox Funding Group LLC, 803 S. 21st Ave., Hollywood, FL 33020 | $ 51,071.45 | MCA |
| 8/18/2025 | Fox Funding Group LLC, 803 S. 21st Ave., Hollywood, FL 33020 | $ 51,071.45 | MCA |
| 8/25/2025 | Fox Funding Group LLC, 803 S. 21st Ave., Hollywood, FL 33020 | $ 51,071.45 | MCA |
| 8/20/2025 | Funding Futures LLC, 100 Merrick Road, 419 E, Rockville Centre, NY 11570 | $ 29,583.33 | MCA |
| 8/27/2025 | Funding Futures LLC, 100 Merrick Road, 419 E, Rockville Centre, NY 11570 | $ 29,583.33 | MCA |
| 8/29/2025 | Funding Futures LLC, 100 Merrick Road, 419 E, Rockville Centre, NY 11570 | $ 29.00 | MCA |
| 8/29/2025 | iLend Advance, Attn: CSC, P.O. Box 2576, Springfield, IL 26708 | $ 37,475.00 | MCA |
| 7/9/2025 | IOU Central Inc., Attn: CSC, P.O. Box 2576, Springfield, IL 62708 | $ 9,886.81 | MCA |
| 7/16/2025 | IOU Central Inc., Attn: CSC, P.O. Box 2576, Springfield, IL 62708 | $ 9,886.81 | MCA |
| 7/23/2025 | IOU Central Inc., Attn: CSC, P.O. Box 2576, Springfield, IL 62708 | $ 9,886.81 | MCA |
| 7/30/2025 | IOU Central Inc., Attn: CSC, P.O. Box 2576, Springfield, IL 62708 | $ 9,886.81 | MCA |
| 8/6/2025 | IOU Central Inc., Attn: CSC, P.O. Box 2576, Springfield, IL 62708 | $ 9,886.81 | MCA |
| 8/13/2025 | IOU Central Inc., Attn: CSC, P.O. Box 2576, Springfield, IL 62708 | $ 9,886.81 | MCA |
| 8/20/2025 | IOU Central Inc., Attn: CSC, P.O. Box 2576, Springfield, IL 62708 | $ 9,886.81 | MCA |
| 8/27/2025 | IOU Central Inc., Attn: CSC, P.O. Box 2576, Springfield, IL 62708 | $ 9,886.81 | MCA |
| 9/10/2025 | IOU Central Inc., Attn: CSC, P.O. Box 2576, Springfield, IL 62708 | $ 25.00 | MCA |
| 7/7/2025 | JRG Funding LLC, 180 Maiden Lane, New York, NY 10038 | $ 29,046.88 | MCA |
| 7/11/2025 | JRG Funding LLC, 180 Maiden Lane, New York, NY 10038 | $ 29,046.88 | MCA |
| 7/18/2025 | JRG Funding LLC, 180 Maiden Lane, New York, NY 10038 | $ 29,046.88 | MCA |

Page 1 of 3

| Attachment 2.3 | | | |
|---|---|---|---|
| Date | Creditor's Name | Amount | Purpose |
| 7/25/2025 | JRG Funding LLC, 180 Maiden Lane, New York, NY 10038 | $ 29,046.88 | MCA |
| 8/1/2025 | JRG Funding LLC, 180 Maiden Lane, New York, NY 10038 | $ 29,046.88 | MCA |
| 8/8/2025 | JRG Funding LLC, 180 Maiden Lane, New York, NY 10038 | $ 29,046.88 | MCA |
| 8/15/2025 | JRG Funding LLC, 180 Maiden Lane, New York, NY 10038 | $ 29,046.88 | MCA |
| 8/22/2025 | JRG Funding LLC, 180 Maiden Lane, New York, NY 10038 | $ 29,046.88 | MCA |
| 8/29/2025 | JRG Funding LLC, 180 Maiden Lane, New York, NY 10038 | $ 29,046.88 | MCA |
| 9/5/2025 | JRG Funding LLC, 180 Maiden Lane, New York, NY 10038 | $ 29,046.88 | MCA |
| 7/7/2025 | Kapitus Servicing Inc., 2500 Wilson Blvd., Suite 350, Arlington, VA 22201 | $ 11,797.00 | MCA |
| 7/11/2025 | Kapitus Servicing Inc., 2500 Wilson Blvd., Suite 350, Arlington, VA 22201 | $ 11,797.00 | MCA |
| 7/18/2025 | Kapitus Servicing Inc., 2500 Wilson Blvd., Suite 350, Arlington, VA 22201 | $ 11,797.00 | MCA |
| 7/25/2025 | Kapitus Servicing Inc., 2500 Wilson Blvd., Suite 350, Arlington, VA 22201 | $ 11,797.00 | MCA |
| 8/1/2025 | Kapitus Servicing Inc., 2500 Wilson Blvd., Suite 350, Arlington, VA 22201 | $ 11,797.00 | MCA |
| 8/8/2025 | Kapitus Servicing Inc., 2500 Wilson Blvd., Suite 350, Arlington, VA 22201 | $ 11,797.00 | MCA |
| 8/15/2025 | Kapitus Servicing Inc., 2500 Wilson Blvd., Suite 350, Arlington, VA 22201 | $ 11,797.00 | MCA |
| 8/22/2025 | Kapitus Servicing Inc., 2500 Wilson Blvd., Suite 350, Arlington, VA 22201 | $ 11,797.00 | MCA |
| 8/29/2025 | Kapitus Servicing Inc., 2500 Wilson Blvd., Suite 350, Arlington, VA 22201 | $ 11,797.00 | MCA |
| 9/5/2025 | Kapitus Servicing Inc., 2500 Wilson Blvd., Suite 350, Arlington, VA 22201 | $ 11,797.00 | MCA |
| 7/17/2025 | Libertas Funding, LLC, 411 West Putnam Ave., Suite 220, Greenwich, CT 06380 | $ 37,797.62 | MCA |
| 7/31/2025 | Libertas Funding, LLC, 411 West Putnam Ave., Suite 220, Greenwich, CT 06380 | $ 37,797.62 | MCA |
| 8/14/2025 | Libertas Funding, LLC, 411 West Putnam Ave., Suite 220, Greenwich, CT 06380 | $ 37,797.62 | MCA |
| 8/28/2025 | Libertas Funding, LLC, 411 West Putnam Ave., Suite 220, Greenwich, CT 06380 | $ 37,797.62 | MCA |
| 7/29/2025 | Liberty Funding Source LLC, 180 Maiden Lane, Fl. 10, New York, NY 10038 | $ 58,291.67 | MCA |
| 8/6/2025 | Liberty Funding Source LLC, 180 Maiden Lane, Fl. 10, New York, NY 10038 | $ 58,291.67 | MCA |
| 8/14/2025 | Liberty Funding Source LLC, 180 Maiden Lane, Fl. 10, New York, NY 10038 | $ 58,291.67 | MCA |
| 7/9/2025 | Liberty Funding Source LLC, 180 Maiden Lane, Fl. 10, New York, NY 10038 | $ 58,291.67 | MCA |
| 7/16/2025 | Liberty Funding Source LLC, 180 Maiden Lane, Fl. 10, New York, NY 10038 | $ 58,291.67 | MCA |
| 7/23/2025 | Liberty Funding Source LLC, 180 Maiden Lane, Fl. 10, New York, NY 10038 | $ 58,291.67 | MCA |
| 7/30/2025 | Liberty Funding Source LLC, 180 Maiden Lane, Fl. 10, New York, NY 10038 | $ 58,291.67 | MCA |
| 8/6/2025 | Liberty Funding Source LLC, 180 Maiden Lane, Fl. 10, New York, NY 10038 | $ 58,291.67 | MCA |
| 8/13/2025 | Liberty Funding Source LLC, 180 Maiden Lane, Fl. 10, New York, NY 10038 | $ 58,291.67 | MCA |
| 8/20/2025 | Liberty Funding Source LLC, 180 Maiden Lane, Fl. 10, New York, NY 10038 | $ 58,291.67 | MCA |
| 8/27/2025 | Liberty Funding Source LLC, 180 Maiden Lane, Fl. 10, New York, NY 10038 | $ 58,291.67 | MCA |
| 7/10/2025 | OnDeck Capital, P.O. Box 4356, Houston, TX 77210 | $ 4,269.23 | MCA |
| 7/17/2025 | OnDeck Capital, P.O. Box 4356, Houston, TX 77210 | $ 4,269.23 | MCA |
| 7/24/2025 | OnDeck Capital, P.O. Box 4356, Houston, TX 77210 | $ 4,269.23 | MCA |
| 7/31/2025 | OnDeck Capital, P.O. Box 4356, Houston, TX 77210 | $ 4,269.23 | MCA |
| 8/7/2025 | OnDeck Capital, P.O. Box 4356, Houston, TX 77210 | $ 4,269.23 | MCA |
| 8/14/2025 | OnDeck Capital, P.O. Box 4356, Houston, TX 77210 | $ 4,269.23 | MCA |
| 8/21/2025 | OnDeck Capital, P.O. Box 4356, Houston, TX 77210 | $ 4,269.23 | MCA |
| 8/28/2025 | OnDeck Capital, P.O. Box 4356, Houston, TX 77210 | $ 4,269.23 | MCA |
| 9/4/2025 | OnDeck Capital, P.O. Box 4356, Houston, TX 77210 | $ 4,269.23 | MCA |
| 9/10/2025 | OnDeck Capital, P.O. Box 4356, Houston, TX 77210 | $ 25.00 | MCA |
| 9/10/2025 | OnDeck Capital, P.O. Box 4356, Houston, TX 77210 | $ 10.00 | MCA |
| 7/7/2025 | Parkside Funding Group LLC, 865 NJ-33 Business 3, Unit 192, Freehold, NJ 07728 | $ 38,812.50 | MCA |
| 7/14/2025 | Parkside Funding Group LLC, 865 NJ-33 Business 3, Unit 192, Freehold, NJ 07728 | $ 38,812.50 | MCA |
| 7/18/2025 | Parkside Funding Group LLC, 865 NJ-33 Business 3, Unit 192, Freehold, NJ 07728 | $ 43,770.00 | MCA |
| 7/25/2025 | Parkside Funding Group LLC, 865 NJ-33 Business 3, Unit 192, Freehold, NJ 07728 | $ 82,582.36 | MCA |
| 8/1/2025 | Parkside Funding Group LLC, 865 NJ-33 Business 3, Unit 192, Freehold, NJ 07728 | $ 82,582.36 | MCA |
| 8/8/2025 | Parkside Funding Group LLC, 865 NJ-33 Business 3, Unit 192, Freehold, NJ 07728 | $ 82,582.36 | MCA |
| 8/15/2025 | Parkside Funding Group LLC, 865 NJ-33 Business 3, Unit 192, Freehold, NJ 07728 | $ 82,582.36 | MCA |
| 8/22/2025 | Parkside Funding Group LLC, 865 NJ-33 Business 3, Unit 192, Freehold, NJ 07728 | $ 82,582.36 | MCA |
| 8/29/2025 | Parkside Funding Group LLC, 865 NJ-33 Business 3, Unit 192, Freehold, NJ 07728 | $ 82,582.36 | MCA |
| 8/15/2025 | Prosperity Funding Group LLC, 7901 4th Street N, Suite 300 St. Petersburg, FL 33702 | $ 29,583.34 | MCA |
| 8/22/2025 | Prosperity Funding Group LLC, 7901 4th Street N, Suite 300 St. Petersburg, FL 33702 | $ 29,583.34 | MCA |
| 8/29/2025 | Prosperity Funding Group LLC, 7901 4th Street N, Suite 300 St. Petersburg, FL 33702 | $ 29,583.34 | MCA |
| 8/5/2025 | Rowan Advance, Attn: C T Corp., 330 N. Brand Blvd., Suite 700, Glendale, CA 91203 | $ 27,980.00 | MCA |
| 7/22/2025 | Rowan Advance, Attn: C T Corp., 330 N. Brand Blvd., Suite 700, Glendale, CA 91203 | $ 27,980.00 | MCA |
| 7/29/2025 | Rowan Advance, Attn: C T Corp., 330 N. Brand Blvd., Suite 700, Glendale, CA 91203 | $ 27,980.00 | MCA |
| 8/19/2025 | Rowan Advance, Attn: C T Corp., 330 N. Brand Blvd., Suite 700, Glendale, CA 91203 | $ 27,980.00 | MCA |
| 8/12/2025 | Rowan Advance, Attn: C T Corp., 330 N. Brand Blvd., Suite 700, Glendale, CA 91203 | $ 27,980.00 | MCA |

| | Attachment 2.3 | | |
|---|---|---|---|
| Date | Creditor's Name | Amount | Purpose |
| 8/26/2025 | Rowan Advance, Attn: C T Corp., 330 N. Brand Blvd., Suite 700, Glendale, CA 91203 | $ 37,497.50 | MCA |
| 7/8/2025 | Rowan Advance, Attn: C T Corp., 330 N. Brand Blvd., Suite 700, Glendale, CA 91203 | $ 27,980.00 | MCA |
| 7/15/2025 | Rowan Advance, Attn: C T Corp., 330 N. Brand Blvd., Suite 700, Glendale, CA 91203 | $ 27,980.00 | MCA |
| 7/8/2025 | Samson Servicing, LLC, 17 State St., Suite 630, New York, NY 10004 | $ 25,384.62 | MCA |
| 7/14/2025 | Samson Servicing, LLC, 17 State St., Suite 630, New York, NY 10004 | $ 25,384.62 | MCA |
| 7/21/2025 | Samson Servicing, LLC, 17 State St., Suite 630, New York, NY 10004 | $ 25,384.62 | MCA |
| 7/28/2025 | Samson Servicing, LLC, 17 State St., Suite 630, New York, NY 10004 | $ 25,384.62 | MCA |
| 8/4/2025 | Samson Servicing, LLC, 17 State St., Suite 630, New York, NY 10004 | $ 25,384.62 | MCA |
| 8/4/2025 | Samson Servicing, LLC, 17 State St., Suite 630, New York, NY 10004 | $ 50.00 | MCA |
| 8/11/2025 | Samson Servicing, LLC, 17 State St., Suite 630, New York, NY 10004 | $ 25,384.62 | MCA |
| 8/18/2025 | Samson Servicing, LLC, 17 State St., Suite 630, New York, NY 10004 | $ 25,384.62 | MCA |
| 8/25/2025 | Samson Servicing, LLC, 17 State St., Suite 630, New York, NY 10004 | $ 25,384.62 | MCA |
| 9/3/2025 | Samson Servicing, LLC, 17 State St., Suite 630, New York, NY 10004 | $ 50.00 | MCA |
| 9/30/2025 | Seamless Funding LLC, 1608 Ocean Pkwy, Suite 2A, Brooklyn, NY 11230 | $ 7,495.00 | MCA |
| 8/29/2025 | Seamless Funding LLC, 1608 Ocean Pkwy, Suite 2A, Brooklyn, NY 11230 | $ 37,475.00 | MCA |
| 7/25/2025 | Slate Advance, 15 America Ave., Suite 303, Lakewood, NJ 08701 | $ 39,364.71 | MCA |
| 8/8/2025 | Slate Advance, 15 America Ave., Suite 303, Lakewood, NJ 08701 | $ 70,637.00 | MCA |
| 8/15/2025 | Slate Advance, 15 America Ave., Suite 303, Lakewood, NJ 08701 | $ 70,637.00 | MCA |
| 8/22/2025 | Slate Advance, 15 America Ave., Suite 303, Lakewood, NJ 08701 | $ 70,637.00 | MCA |
| 8/29/2025 | Slate Advance, 15 America Ave., Suite 303, Lakewood, NJ 08701 | $ 70,637.00 | MCA |
| 7/29/2025 | Slate Advance, 15 America Ave., Suite 303, Lakewood, NJ 08701 | $ 70,637.00 | MCA |
| 7/10/2025 | Ascensus Trust Co., 1655 43rd Street South, Suite 100, Fargo, ND 58103 | $ 2,474.83 | Retirement plan. - CSP |
| 7/21/2025 | Ascensus Trust Co., 1655 43rd Street South, Suite 100, Fargo, ND 58103 | $ 2,474.83 | Retirement plan. - CSP |
| 9/2/2025 | Ascensus Trust Co., 1655 43rd Street South, Suite 100, Fargo, ND 58103 | $ 2,474.83 | Retirement plan. - CSP |
| 9/15/2025 | Ascensus Trust Co., 1655 43rd Street South, Suite 100, Fargo, ND 58103 | $ 3,068.68 | Retirement plan. - CSP |
| 9/30/2025 | Ascensus Trust Co., 1655 43rd Street South, Suite 100, Fargo, ND 58103 | $ 1,548.63 | Retirement plan. - CSP |
| 10/1/2025 | National Payments Corp., 3415 W. Cypress St. Tampa, FL 33607 | $ 523.99 | Service fees. |
| 10/3/2025 | National Payments Corp., 3415 W. Cypress St. Tampa, FL 33607 | $ 646.34 | Service fees. |
| 8/5/2025 | National Payments Corp., 3415 W. Cypress St. Tampa, FL 33607 | $ 262.50 | Service fees. |
| 8/28/2025 | National Payments Corp., 3415 W. Cypress St. Tampa, FL 33607 | $ 679.09 | Service fees. |
| 7/11/2025 | National Payments Corp., 3415 W. Cypress St. Tampa, FL 33607 | $ 514.21 | Service fees. |
| 7/18/2025 | National Payments Corp., 3415 W. Cypress St. Tampa, FL 33607 | $ 622.61 | Service fees. |
| 7/25/2025 | National Payments Corp., 3415 W. Cypress St. Tampa, FL 33607 | $ 509.29 | Service fees. |
| 8/1/2025 | National Payments Corp., 3415 W. Cypress St. Tampa, FL 33607 | $ 702.20 | Service fees. |
| 8/8/2025 | National Payments Corp., 3415 W. Cypress St. Tampa, FL 33607 | $ 398.97 | Service fees. |
| 8/15/2025 | National Payments Corp., 3415 W. Cypress St. Tampa, FL 33607 | $ 907.33 | Service fees. |
| 8/22/2025 | National Payments Corp., 3415 W. Cypress St. Tampa, FL 33607 | $ 597.74 | Service fees. |
| 8/29/2025 | National Payments Corp., 3415 W. Cypress St. Tampa, FL 33607 | $ 752.66 | Service fees. |
| 9/5/2025 | National Payments Corp., 3415 W. Cypress St. Tampa, FL 33607 | $ 440.91 | Service fees. |
| 9/12/2025 | National Payments Corp., 3415 W. Cypress St. Tampa, FL 33607 | $ 595.40 | Service fees. |
| 9/19/2025 | National Payments Corp., 3415 W. Cypress St. Tampa, FL 33607 | $ 868.47 | Service fees. |

| Attachment 2.4 | | | |
|---|---|---|---|
| Date | Description | Amount | Purpose |
| 10/7/2024 | Mace Wolf | $ 3,592.00 | Loan payment. |
| 10/16/2024 | AMEX Epayment | $ 47,000.00 | Reimbursement for Prepayment of Client Tax Expense. |
| 10/16/2024 | AMEX Epayment | $ 47,000.00 | Reimbursement for Prepayment of Client Tax Expense. |
| 11/5/2024 | AMEX Epayment | $ 132,601.71 | Reimbursement for Prepayment of Client Tax Expense. |
| 11/5/2024 | AMEX Epayment | $ 19,000.00 | Reimbursement for Prepayment of Client Tax Expense. |
| 11/5/2024 | AMEX Epayment | $ 175.29 | Expense Reimbursement. |
| 11/8/2024 | Mace Wolf | $ 3,592.00 | Loan payment. |
| 11/18/2024 | AMEX Epayment | $ 146,471.20 | Reimbursement for Prepayment of Client Tax Expense. |
| 12/6/2024 | Mace Wolf | $ 3,592.00 | Loan payment. |
| 12/9/2024 | AMEX Epayment | $ 175,000.00 | Reimbursement for Prepayment of Client Tax Expense. |
| 12/9/2024 | AMEX Epayment | $ 413.44 | Expense Reimbursement. |
| 12/18/2024 | AMEX Epayment | $ 190,362.48 | Reimbursement for Prepayment of Client Tax Expense. |
| 12/18/2024 | AMEX Epayment | $ 110,000.00 | Reimbursement for Prepayment of Client Tax Expense. |
| 1/7/2025 | Mace Wolf | $ 3,592.00 | Loan payment. |
| 1/13/2025 | AMEX Epayment | $ 144,138.62 | Reimbursement for Prepayment of Client Tax Expense. |
| 1/13/2025 | AMEX Epayment | $ 37,070.47 | Reimbursement for Prepayment of Client Tax Expense. |
| 2/7/2025 | Mace Wolf | $ 3,592.00 | Loan payment. |
| 2/18/2025 | AMEX Epayment | $ 25,000.00 | Reimbursement for Prepayment of Client Tax Expense. |
| 2/18/2025 | AMEX Epayment | $ 105,094.34 | Reimbursement for Prepayment of Client Tax Expense. |
| 3/10/2025 | Mace Wolf | $ 3,592.00 | Loan payment. |
| 3/17/2025 | Samson Servicing | $ 25,384.62 | MCA |
| 3/19/2025 | IOU Central | $ 695.00 | MCA |
| 3/21/2025 | AMEX Epayment | $ 85,795.41 | Reimbursement for Prepayment of Client Tax Expense. |
| 3/21/2025 | AMEX Epayment | $ 90,937.65 | Reimbursement for Prepayment of Client Tax Expense. |
| 3/24/2025 | Samson Servicing | $ 25,384.62 | MCA |
| 3/26/2025 | IOU Central | $ 9,886.81 | MCA |
| 3/27/2025 | Libertas | $ 37,797.62 | MCA |
| 3/31/2025 | Samson Servicing | $ 25,384.62 | MCA |
| 4/2/2025 | IOU Central | $ 9,886.81 | MCA |
| 4/3/2025 | Samson Servicing | $ 50.00 | MCA |
| 4/7/2025 | Mace Wolf | $ 3,592.00 | Loan payment. |
| 4/7/2025 | Samson Servicing | $ 25,384.62 | MCA |
| 4/8/2025 | AMEX Epayment | $ 1,877.62 | Expense Reimbursement. |
| 4/8/2025 | AMEX Epayment | $ 920.66 | Expense Reimbursement. |
| 4/8/2025 | Rowan Advance | $ 27,980.00 | MCA |
| 4/9/2025 | IOU Central | $ 9,886.81 | MCA |
| 4/10/2025 | Libertas | $ 37,797.62 | MCA |
| 4/14/2025 | AMEX Epayment | $ 1,640.96 | Expense Reimbursement. |
| 4/14/2025 | AMEX Epayment | $ 20.00 | Expense Reimbursement. |
| 4/14/2025 | Samson Servicing | $ 25,384.62 | MCA |
| 4/15/2025 | Rowan Advance | $ 27,980.00 | MCA |
| 4/16/2025 | IOU Central | $ 9,886.81 | MCA |
| 4/21/2025 | Samson Servicing | $ 25,384.62 | MCA |
| 4/22/2025 | Rowan Advance | $ 27,980.00 | MCA |
| 4/23/2025 | IOU Central | $ 9,886.81 | MCA |
| 4/24/2025 | Libertas | $ 37,797.62 | MCA |
| 4/28/2025 | AMEX Epayment | $ 1,782.66 | Expense Reimbursement. |
| 4/28/2025 | Samson Servicing | $ 25,384.62 | MCA |
| 4/29/2025 | Rowan Advance | $ 27,980.00 | MCA |
| 4/30/2025 | IOU Central | $ 9,886.81 | MCA |

| Attachment 2.4 | | | |
|---|---|---|---|
| Date | Description | Amount | Purpose |
| 5/2/2025 | Kapitus | $ 11,797.00 | MCA |
| 5/2/2025 | Samson Servicing | $ 50.00 | MCA |
| 5/5/2025 | AMEX Epayment | $ 2,022.67 | Expense Reimbursement. |
| 5/5/2025 | AMEX Epayment | $ 920.66 | Expense Reimbursement. |
| 5/5/2025 | Mace Wolf | $ 3,592.00 | Loan payment. |
| 5/5/2025 | Samson Servicing | $ 25,384.62 | MCA |
| 5/6/2025 | Rowan Advance | $ 27,980.00 | MCA |
| 5/7/2025 | IOU Central | $ 9,886.81 | MCA |
| 5/8/2025 | Libertas | $ 37,797.62 | MCA |
| 5/8/2025 | OnDeck | $ 4,269.23 | MCA |
| 5/9/2025 | Kapitus | $ 11,797.00 | MCA |
| 5/12/2025 | Samson Servicing | $ 25,384.62 | MCA |
| 5/13/2025 | Rowan Advance | $ 27,980.00 | MCA |
| 5/14/2025 | IOU Central | $ 9,886.81 | MCA |
| 5/15/2025 | OnDeck | $ 4,269.23 | MCA |
| 5/16/2025 | Kapitus | $ 11,797.00 | MCA |
| 5/19/2025 | Samson Servicing | $ 25,384.62 | MCA |
| 5/20/2025 | AMEX Epayment | $ 23,701.53 | Reimbursement for Prepayment of Client Tax Expense. |
| 5/20/2025 | Rowan Advance | $ 27,980.00 | MCA |
| 5/21/2025 | IOU Central | $ 9,886.81 | MCA |
| 5/22/2025 | Libertas | $ 37,797.62 | MCA |
| 5/22/2025 | OnDeck | $ 4,269.23 | MCA |
| 5/23/2025 | JRG Funding | $ 29,046.88 | MCA |
| 5/23/2025 | Kapitus | $ 11,797.00 | MCA |
| 5/27/2025 | Parkside Funding | $ 38,812.50 | MCA |
| 5/27/2025 | Rowan Advance | $ 27,980.00 | MCA |
| 5/27/2025 | Samson Servicing | $ 25,384.62 | MCA |
| 5/28/2025 | IOU Central | $ 9,886.81 | MCA |
| 5/29/2025 | OnDeck | $ 4,269.23 | MCA |
| 5/30/2025 | JRG Funding | $ 29,046.88 | MCA |
| 5/30/2025 | Kapitus | $ 11,797.00 | MCA |
| 6/2/2025 | Parkside Funding | $ 38,812.50 | MCA |
| 6/2/2025 | Samson Servicing | $ 25,384.62 | MCA |
| 6/3/2025 | Rowan Advance | $ 27,980.00 | MCA |
| 6/4/2025 | IOU Central | $ 9,886.81 | MCA |
| 6/4/2025 | Samson Servicing | $ 50.00 | MCA |
| 6/5/2025 | Libertas | $ 37,797.62 | MCA |
| 6/5/2025 | Mace Wolf | $ 3,592.00 | Loan payment. |
| 6/5/2025 | OnDeck | $ 4,269.23 | MCA |
| 6/6/2025 | JRG Funding | $ 29,046.88 | MCA |
| 6/6/2025 | Kapitus | $ 11,797.00 | MCA |
| 6/9/2025 | Parkside Funding | $ 38,812.50 | MCA |
| 6/9/2025 | Samson Servicing | $ 25,384.62 | MCA |
| 6/10/2025 | Core Funding | $ 51,065.00 | MCA |
| 6/10/2025 | Rowan Advance | $ 27,980.00 | MCA |
| 6/11/2025 | AMEX Epayment | $ 2,318.77 | Expense Reimbursement. |
| 6/11/2025 | AMEX Epayment | $ 931.54 | Expense Reimbursement. |
| 6/11/2025 | IOU Central | $ 9,886.81 | MCA |
| 6/12/2025 | OnDeck | $ 4,269.23 | MCA |
| 6/13/2025 | JRG Funding | $ 29,046.88 | MCA |
| 6/13/2025 | Kapitus | $ 11,797.00 | MCA |

| Attachment 2.4 | | | |
|---|---|---|---|
| Date | Description | Amount | Purpose |
| 6/16/2025 | Parkside Funding | $ 38,812.50 | MCA |
| 6/16/2025 | Samson Servicing | $ 25,384.62 | MCA |
| 6/17/2025 | Core Funding | $ 51,065.00 | MCA |
| 6/17/2025 | Rowan Advance | $ 27,980.00 | MCA |
| 6/18/2025 | IOU Central | $ 9,886.81 | MCA |
| 6/20/2025 | JRG Funding | $ 29,046.88 | MCA |
| 6/20/2025 | JRG Funding | $ 29,046.88 | MCA |
| 6/20/2025 | Libertas | $ 37,797.62 | MCA |
| 6/20/2025 | OnDeck | $ 4,269.23 | MCA |
| 6/23/2025 | Kapitus | $ 11,797.00 | MCA |
| 6/23/2025 | Kapitus | $ 11,797.00 | MCA |
| 6/23/2025 | Parkside Funding | $ 38,812.50 | MCA |
| 6/23/2025 | Samson Servicing | $ 25,384.62 | MCA |
| 6/24/2025 | Core Funding | $ 51,065.00 | MCA |
| 6/24/2025 | Rowan Advance | $ 27,980.00 | MCA |
| 6/25/2025 | IOU Central | $ 9,886.81 | MCA |
| 6/26/2025 | OnDeck | $ 4,269.23 | MCA |
| 6/27/2025 | Liberty Funding | $ 30,208.33 | MCA |
| 6/30/2025 | Parkside Funding | $ 38,812.50 | MCA |
| 6/30/2025 | Samson Servicing | $ 25,384.62 | MCA |
| 7/1/2025 | AMEX Epayment | $ 6,937.39 | Expense Reimbursement. |
| 7/1/2025 | AMEX Epayment | $ 29,980.00 | Reimbursement for Prepayment of Client Tax Expense. |
| 7/1/2025 | Core Funding | $ 51,065.00 | MCA |
| 7/1/2025 | Rowan Advance | $ 27,980.00 | MCA |
| 7/2/2025 | IOU Central | $ 9,886.81 | MCA |
| 7/2/2025 | Samson Servicing | $ 50.00 | MCA |
| 7/3/2025 | Libertas | $ 37,797.62 | MCA |
| 7/3/2025 | OnDeck | $ 4,269.23 | MCA |
| 7/15/2025 | Mace Wolf | $ 3,592.00 | Loan payment. |

| Attachment 13.30 | | |
|---|---|---|
| **Date** | **NAME** | **Amount** |
| 10/15/2024 | Mike Latini | $ 8,000.00 |
| 10/17/2024 | Mike Latini | $ 28,000.00 |
| 11/1/2024 | Mike Latini | $ 1,650.00 |
| 11/13/2024 | Mike Latini | $ 55,000.00 |
| 11/22/2024 | Mike Latini | $ 47,000.00 |
| 12/27/2024 | Mike Latini | $ 3,000.00 |
| 1/7/2025 | Mike Latini | $ 3,000.00 |
| 1/7/2025 | Jamie Latini | $ 8,000.00 |
| 1/7/2025 | Mike Latini | $ 8,000.00 |
| 1/13/2025 | Mike Latini | $ 62,227.00 |
| 1/15/2025 | Mike Latini | $ 64,000.00 |
| 1/16/2025 | Glynn County on behalf of Mike Latini | $ 15,108.15 |
| 1/21/2025 | Mike Latini | $ 20,000.00 |
| 1/28/2025 | Mike Latini | $ 2,000.00 |
| 2/7/2025 | Mike Latini | $ 15,000.00 |
| 2/20/2025 | Mike Latini | $ 20,000.00 |
| 2/21/2025 | Mike Latini | $ 11,000.00 |
| 3/10/2025 | Mike Latini | $ 110,000.00 |
| 3/13/2025 | Mike Latini | $ 10,000.00 |
| 3/20/2025 | Mike Latini | $ 12,000.00 |
| 3/20/2025 | Mike Latini | $ 212,000.00 |
| 4/2/2025 | Mike Latini | $ 38,680.00 |
| 4/2/2025 | Mike Latini | $ 43,000.00 |
| 4/9/2025 | Mike Latini | $ 31,000.00 |
| 4/18/2025 | Mike Latini | $ 65,000.00 |
| 5/5/2025 | Mike Latini | $ 28,000.00 |
| 5/9/2025 | Mike Latini | $ 9,000.00 |
| 5/16/2025 | Mike Latini | $ 3,000.00 |
| 5/27/2025 | Mike Latini | $ 50,000.00 |
| 6/5/2025 | Mike Latini | $ 75,000.00 |
| 6/13/2025 | Mike Latini | $ 25,000.00 |
| 6/17/2025 | Mike Latini | $ 18,000.00 |
| 6/20/2025 | Mike Latini | $ 12,000.00 |
| 6/20/2025 | Mike Latini | $ 1,000.00 |
| 6/25/2025 | Mike Latini | $ 66,000.00 |
| 7/7/2025 | Mike Latini | $ 20,000.00 |
| 7/14/2025 | Mike Latini | $ 25,000.00 |
| 7/25/2025 | Mike Latini | $ 30,000.00 |
| 7/29/2025 | Mike Latini | $ 10,000.00 |
| 8/5/2025 | Mike Latini | $ 20,000.00 |
| 8/11/2025 | Mike Latini | $ 3,000.00 |
| 8/13/2025 | Mike Latini | $ 3,000.00 |
| 8/14/2025 | Mike Latini | $ 10,000.00 |
| 8/15/2025 | Mike Latini | $ 2,500.00 |
| 8/18/2025 | Mike Latini | $ 4,000.00 |
| 9/2/2025 | Mike Latini | $ 1,500.00 |
| 9/10/2025 | Mike Latini | $ 3,000.00 |